# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VAN MILLER, | NO. CV 08-6240 DOC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 30, 2008.

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE